PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG 30 2023

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Zachius. M. Stevens SO#199506
Plaintiff's Name and ID Number

Lubbock County Detention Center
Place of Confinement

5-23CV-200-C

CASE NO. _____
(Clerk will assign the number)

v. SHERIFF, Kelly S. Rowe

3502 N. Holly Lubbock, TX 79403
Defendant's Name and Address
CHIEF DEPUTYLE, Mike Reed
3502 N. Holly Lubbock, TX 79403
Defendant's Name and Address
CHIEF DEPUTY DETENTION, Cody Scott
3502 N. Holly Lubbock, TX 79403
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

B.   If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1.   Approximate date of filing lawsuit: _Aug 16, 2023_

2.   Parties to previous lawsuit:

Plaintiff(s) _Zachius M. Stevens_

Defendant(s) _Sheriff Kells S. Rowe, Chief Deputy L.E. mike Reed, Chief Detention Cody Scott, Deputy Jailer Corp. Mr. Pham, Deputy Jailer Mr. Escaldua_

3.   Court: (If federal, name the district; if state, name the county.) _U.S. District Court Northern District of Texas_

4.   Cause number: _5-23CV-182-H_

5.   Name of judge to whom case was assigned: _Honorable James Wesley Hendrix_

6.   Disposition: (Was the case dismissed, appealed, still pending?) _Still Pending_

7.   Approximate date of disposition: _Aug 16, 2023_

II.     PLACE OF PRESENT CONFINEMENT: Lubbock County Dentention Center

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?     ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.     PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Zachius. M. Stevens, L.C.D.C.
P.O. Box 10535, Lubbock, TX 79408

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Kells S. Rowe, Sheriff, L.C.D.C. 3502 N. Holly
Lubbock, TX 79403 (Sueing under individual Capacities)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
failed to train his employees correctly, Neglect, Supervisory liablties,
Municipal liabilities

Defendant #2: Mike Reed, Chief Deputy L.E., L.C.D.C., 3502 N. Holly
Lubbock, TX 79403 (Sueing under individual capacities)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
failed to train his employees correctly, Neglect, Supervitory liablties,
Municipal liabilities

Defendant #3: Cody Scoot, Chief Deputy Detention, L.C.D.C. 3502
N. Holly Lubbock, TX 79403 (Sueing under individual Capacities)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
failed to train his employees correctly, Neglect, Supervitory liablities,
Municipal liabilities

Defendant #4: Wellpath Critical Care Solutions the ostensible medical Provider, L.C.D.C.
3502 N. Holly Lubbock, TX 79403 (Sueing under individual Capacities)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Neglect, Violation of the 8th Amendment, Violation of the 14th Amendment equal
Protection, Violation of the American Disability Act, Deliberate Indifferene

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how each defendant is involved.  You need not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

In Lubbock County Detention Center on 5/14/2023 around 8:05A.M. I was sent to medical for a breathing treatment. I was confronted by wellpath medical staff Mrs. Mangold and was "told" "well you really finally needed a breathing treatment" and I replyed "What do you mean by that" and Mrs. Mangold told me "every time that she has seen me for a breathing treatment, I really didnt need one". When in fact on May, 14th was the first time this women ever saw me, and I told her so. She then stated" your talking shit and I'm going to refuse you medical treatment." I told her she cant refuse me my breathing treatment because it's set by a

VI.    RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

Punitive Damages in the amount of 30,000.00$ from each defendant Compensatory Damages in the amount of 30,000.00$ from each defendant

VII.    GENERAL BACKGROUND INFORMATION:

A.   State, in complete form, all names you have ever used or been known by including any and all aliases.

Zachius. M. Stevens, BlueGod

B.   List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ#2138775, Fed Reg#07748-510, SO#199506

VIII.    SANCTIONS:

A.   Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B.   If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.   Court that imposed sanctions (if federal, give the district and division):_____

2.   Case number:_____

3.   Approximate date sanctions were imposed:_____

4.   Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

4

Attachment Too: STATEMENT OF CLAIM V. Page.4
Medical Provider and I've been to medical on numerous
occasions for the same treatment. Mrs. Mangold told me
she can do what she wanted too. Jailer Lopez was present
throughout this whole ordeal and told me to write a
grievance and refrence him in he would tell what happen. Again
on 6/6/2023 around 8:00 or 9:00 p.m. I went to medical for
yet another breathing treatment. In I was addressed by a
Mrs. Along, once she had taken my vitals and told me I
needed a breathing treatment. I was in agreement next
thing she told me was I can't get my breathing treatment
until I gave up my sock's. I asked her what do my sock's
have to do with my breathing. She then stated that I was not
getting a breathing treatment and told me to leave. I
never received a breathing treatment on the 6th of June.
This is the second time I have been refused my breathing
treatment by medical wellpath personal for reasons unrelated to
why I was sent to medical. On the 6th of June the sock's
I was wearing came from a hospital, they were not issued
by wellpath. So she should have never asked me about
my sock's or denied me treatment due to my sock's.

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES √ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that issued warning (if federal, give the district and division):_____

    2.  Case number:_____

    3.  Approximate date warning was issued:_____

Executed on: _____          _____
          DATE

                                    _____
                                      (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____24____ day of ___August___, 20_23_.
             (Day)                 (month)        (year)

                                    *Zachine Marquis Stevens*
                                    (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

# General Complaint/Request Form - #16,529,050

| | | | |
|---|---|---|---|
| From: | ZACHIUS STEVENS (199506) | Date Submitted: | 08/17/2023 5:16 PM |
| Housing Area: | 3B 112 | Date Received: | 08/23/2023 11:30 AM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

### Request

Medical Well-Path...on 5/14/2023 at 8:05a.m.I was sent to medical for a breathing treatment. I was confronted be medical well path staff ms.mangold and was told well you really do need a breathing treatment this time,and I replayed what do you mean by that,and ms.mangold told me every time she has seen me for breathing treatment I really didn't need one..when in face may,14th was the first time this women ever saw me...and I told her so,and she stated, your talking shit and I'm going to refuse you medical treatment.. I told her she can't refuse me my breathing treatment because it is set by a medical provider and I've been to medical on numerous occasions for the same treatment.. Ms.mangold told me she can do what she wanted too..jailer Lopez was present throughout this whole ordeal and told me to write a grievance and refronce him he would tell what happen,again on 6/6/2023 around 8:00 or 9:00 p.m I went to medical for yet another breathing treatment.. I was addressed by a ms.along once she had taken my vitals and told me I needed a breathing treatment. I was in a agreement next thing she told me I can't get my breathing treatment until I gave her my socks..I asked what do my socks had to do with my breathing treatment.. She then stated I am not getting a breathing treatment and told me to leave.I never received my breathing treatment on the 6th of June.. This is the second time I have been refused my breathing treatment by medical well path personnel for reasons unrelated to why I was sent to medical. On the 6th of June the socks I was wearing came from a hospital they we're not issued by well path .so she should have never asked me about my socks or denied me treatment due to my socks.. Thank you for your time in this matter..

### Response by **Mr. L. MENZEL** on **08/23/2023** at **3:35 PM**

I will let Dr. Reddick know of the situation and address this matter.

## Grievance - 8538   (SJM Ref #15,391,068)

| | | | |
|---|---|---|---|
| From: | ZACHIUS STEVENS (199506) | Date Submitted: | 05/14/2023 8:26 AM |
| Housing Area: | 1C Bottom | Date Received: | 05/23/2023 9:45 AM |
| Assigned To: | Medical Complaints and Grievances | Status: | **CLOSED** |

Request
_____

# Lubbock County Sheriff's Office - Detention Division

Inmate Grievance Form

NOTE: Any form not properly filled out completely <u>WILL NOT BE PROCESSED</u>

A GRIEVANCE IS:
   1) A VIOLATION OF CIVIL RIGHTS
   2) A CRIMINAL ACT
   3) UNJUST DENIAL OF INMATE RIGHTS OR PRIVILEGES
   4) PROHIBITED ACT BY FACILITY OR STAFF

Only fill this form out if one of these acts have occurred. If you feel this is a grievance, complete and submit grievance form and it will be delivered to the grievance officer.

**Statement:**

On 5/14/2023 at 8:05 p.m i was in medical for a breathing treatment when Ms.Mangold told me that I finally need a breathing treatment... And I asked what did she mean by that?? And Ms.Mangold told me that every time she has seen me that I did not need one..so I told her that this is the first time that she has seen me.and at this point she said that I was talking shit and that she is going to refuse me medical treatment... And I told her that she can not refuse me medical treatment.. And Ms.Mangold told me that she can do what she wants...officer Lopez was the officer who took me to medical.. Officer Lopez heard her tell me that I need a breathing treatment and then refuse me medical treatment..

**Signature**

Zachius Stevens

This statement is true and correct to the best of my knowledge and belief.

Response by **Mrs. C. MARQUEZ** on **05/24/2023** at **3:06 PM**
_____

I will tell all medical staff that we do not refuse medical treatment that is ordered but you also have

the responsibility to provide a safe environment by being cooperative.

## Grievance - 9007   (SJM Ref #15,663,096)

| | | | |
|---|---|---|---|
| From: | ZACHIUS STEVENS (199506) | Date Submitted: | 06/06/2023 9:12 PM |
| Housing Area: | 1D Top | Date Received: | 06/12/2023 8:35 AM |
| Assigned To: | Contract Staff Appeals | Status: | **CLOSED** |

Request

# Lubbock County Sheriff's Office - Detention Division

Inmate Grievance Form

NOTE: Any form not properly filled out completely <u>WILL NOT BE PROCESSED</u>

A GRIEVANCE IS:
    1) A VIOLATION OF CIVIL RIGHTS
    2) A CRIMINAL ACT
    3) UNJUST DENIAL OF INMATE RIGHTS OR PRIVILEGES
    4) PROHIBITED ACT BY FACILITY OR STAFF

Only fill this form out if one of these acts have occurred. If you feel this is a grievance, complete and submit grievance form and it will be delivered to the grievance officer.

**Statement:**

On 6/6/2023 at 8:40 to 9:00 p.m i was sent to medical for a breathing treatment.. When i arrived at medical i was called in the nurse station by Ms.Alang.once my vitals were taking and said that i needed a breathing treatment.. I said ok thank you.. And Ms.Alang said tyhat i cant have a breathing treatment into i give her my socks. So I asked Ms.Alang what does my socks have to do with me getting a breathing treatment? And Ms.Alang told me that i was not getting a breathing treatment and told me to leave.. This is the second time i have been refused medical treatment.. I need something done about this problem or i will contact my lawyer to get the issue resolved.. Thank you for your time in this matter..

**Signature**

Zachius Stevens

This statement is true and correct to the best of my knowledge and belief.

Response by **Mrs. C. MARQUEZ** on **06/07/2023** at **1:38 PM**

You will be evaluated by the provider to evaluate your breathing treatments ordered as they expire

next week.

---

Appeal by the **Inmate** on **06/08/2023** at **6:34 PM**
_____

That has nothing to do with the fact that I was refused a breathing treatment because of me not giving up my socks.every time I work out or run on the rec yard.I need a breathing treatment.. It seems like they will say I need a breathing treatment and when something does not go there way..all of a sudden I don't need a breathing treatment and for me to go back my pod.something needs to be done about this problem.. This is the second time I have be refused medical treatment/help..thank you for your time in this matter..

---

Appeal response by **Sgt. D. Hood** on **06/15/2023** at **1:32 PM**
_____

After speaking with medical staff, you did not meet the criteria for a breathing treatment. The socks need to be confiscated because they were medical-issued non-slip socks.

Zachius. M. Stevens
SO#199506
P.O. Box 9133
Seminole, FL 33775-9133

Lubbock County Detention Center

United States District Court
1205 Texas Ave. Room 209
Lubbock, TX 79401-4091

INMATE
CORRESPONDENCE

RECEIVED
AUG 3 0 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



