IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ZACHIUS M. STEVENS,<br>Institutional ID No. 199506<br><br>Plaintiff,<br><br>v.<br><br>KELLY S. ROWE, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§  No. 5:23-CV-200-BV<br>§<br>§<br>§<br>§<br>§ |

## JUDGMENT

It is **ORDERED** and **ADJUDGED** that Plaintiff's complaint and all claims alleged therein are dismissed with prejudice. This dismissal shall count as a qualifying dismissal or "strike" under 28 U.S.C. § 1915 and *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996). *See Lomax v. Ortiz-Marquez*, 140 S. Ct. 1721, 1723 (2020).

**SO ORDERED** on Sept 2, 2025.

_____
AMANDA 'AMY' R. BURCH
UNITED STATES MAGISTRATE JUDGE